UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNF, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>THECNF.COM,<br><br>        Defendant. | No. C-05-4083 SC<br><br>ORDER DISMISSING ACTION |

    A status conference for this action was scheduled for April 28, 2006. Neither party appeared on that date.

    The Court hereby DISMISSES this action for failure to prosecute. This dismissal is without prejudice.

    IT IS SO ORDERED.

    Dated: May 5, 2006

                                                UNITED STATES DISTRICT JUDGE