| | |
|---|---|
| 1 | ANDREW J. GRAY IV (CA Bar No. 202137) |
| | BRUNO TARABICHI (CA Bar No. 215129) |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2 Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA  94306-2212 |
| 4 | Tel:  650.843.4000 |
| | Fax:  650.843.4001 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | CNF Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNF Inc., | |
| Plaintiff, | Case No. C-0504083-SC |
| vs. | **PLAINTIFF CNF'S APPLICATION AND [PROPOSED] ORDER TO VACATE AUGUST 4, 2006, STATUS CONFERENCE AND SET HEARING ON MOTION FOR DEFAULT JUDGMENT FOR SEPTEMBER 22, 2006** |
| THECNF.COM, | |
| Defendants. | |
| | Judge:  Honorable Samuel Conti |

Default having been entered against Defendant THECNF.COM on July 28, 2006, Plaintiff CNF Inc. respectfully requests that the Court vacate the August 4, 2006, status conference set for 10 a.m.

Plaintiff CNF shall timely file a motion for default judgment, which it respectfully requests be calendared for September 22, 2006.

//

//

1-PA/3598593.1

1  Good cause exists for this application because default has been entered against Defendant, and Defendant has not appeared in this action.

Dated: August 3, 2006                    MORGAN, LEWIS & BOCKIUS LLP

By      /s/ Bruno Tarabichi
    Andrew J. Gray
    Bruno Tarabichi
    Attorneys for Plaintiff
    CNF Inc.

IT IS SO ORDERED

Date:  August 4, 2006

Hon.
*IT IS SO ORDERED*
*Judge Samuel Conti*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1-PA/3598593.1

2