| | |
|---|---|
| 1 | ANDREW J. GRAY IV (CA Bar No. 202137) |
| 2 | BRUNO TARABICHI (CA Bar No. 215129)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | 2 Palo Alto Square<br>3000 El Camino Real, Suite 700 |
| 4 | Palo Alto, CA  94306-2212<br>Tel: 650.843.4000 |
| 5 | Fax: 650.843.4001 |
| 6 | Attorneys for Plaintiff<br>CNF Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNF Inc.,<br><br>      Plaintiff,<br><br>vs.<br><br>THECNF.COM,<br><br>      Defendant. | Case No. C-0504083-SC<br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)**<br><br>Judge: Honorable Samuel Conti |

## NOTICE OF DISMISSAL

As Defendant in this action has not yet filed an Answer, Plaintiff CNF Inc. hereby dismisses without prejudice Civil Action No. C-0504083-SC pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: February 6, 2007

MORGAN, LEWIS & BOCKIUS LLP

By       /s/ Bruno Tarabichi
    Andrew J. Gray IV
    Bruno Tarabichi
    Attorneys for Plaintiff
    CNF Inc.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

1-PA/3626649.1

**NOTICE OF DISMISSAL**
CASE NO. C-0504083-SC